# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEROME ROBINSON, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 13-1406 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Maureen P. Kelly |
| GERALD ROZUM, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM ORDER

Magistrate Judge Kelly's Memorandum Order dated May 6, 2015 (Doc. 25) is a non-dispositive ruling. See Monroe v. Ohio State Penitentiary, 2012 WL 4342890, *1 (S.D. Ohio Sept. 21, 2012) (holding same regarding motion for discovery in habeas case). Having carefully reviewed Judge Kelly's decision, and Petitioner's Objections (Doc. 28) thereto, the Court concludes that the May 6th Memorandum Order was neither clearly erroneous nor contrary to law. See Fed. R. Civ. P. 72(a) (reciting standards of review governing magistrate judges' non-dispositive rulings). Accordingly, Petitioner's Objections (**Doc. 28**) are **OVERRULED**, and the Memorandum Order of Judge Kelly dated May 6, 2015 (**Doc. 25**) is **AFFIRMED**.

IT IS SO ORDERED.


June 11, 2015                              s\Cathy Bissoon
                                      Cathy Bissoon
                                      United States District Judge

cc (via First-Class U.S. mail):

Jerome Robinson
JS-3150
S.C.I. Somerset
1600 Walters Mill Road
Somerset, PA 15510

cc (via ECF email notification):

All Counsel of Record